

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re Application of THE COALITION TO PROTECT :
CLIFTON BAY and LOUIS BACON for an Order :
Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for : Case No. 14-MC ___
Use in Foreign Proceedings. :
:
:
------------------------------------------------------------------x

## NOTICE OF THE COALITION TO PROTECT CLIFTON BAY AND LOUIS BACON'S APPLICATION AND PETITION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

**PLEASE TAKE NOTICE** that, upon the accompanying Application and Petition, together with the accompanying Memorandum of Law, the Declarations of Orin Snyder, Jenny Afia, Louis Bacon, Jack Palladino, and Stephen Feralio, all exhibits annexed thereto, and all other evidence the Court deems appropriate, Petitioners The Coalition To Protect Clifton Bay (commonly known as, "Save The Bays") and Louis Bacon will move this Court, 500 Pearl Street, Part 1, New York, New York, on August 13, 2014 at 9:30 AM, or another date and time to be determined by the Court, pursuant to 28 U.S.C. § 1782 and Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, for an Order granting them leave to serve subpoenas on Stephen Feralio.

Dated:  August 13, 2014
        New York, New York

Respectfully submitted,

_____
GIBSON, DUNN & CRUTCHER LLP
Orin Snyder
Avi Weitzman
Mary Beth Maloney
Ilissa Samplin

200 Park Avenue
New York, New York 10166
T: (212) 351-4000
F: (212) 351-4035
*Attorneys for Petitioners The Coalition To Protect Clifton Bay and Louis Bacon*