UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re Application of THE COALITION TO PROTECT          :    14 MISC 258
CLIFTON BAY and LOUIS BACON for an Order               :
Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for  :
Use in Foreign Proceedings.                            :
                                                       :
                                                       :
------------------------------------------------------------------x

# DECLARATION OF JENNY AFIA

# Volume I of III
# (Exhibits 1 – 55)