# EXHIBIT 11

Effective September 15, 2014, The Huffington Post privacy policy will be updated.
To learn more about this update, please review our frequently asked questions.



| CLOSE |



July 30, 2014

# HUFF POST BLACKVOICES

---

# Louis Farrakhan Critiques Obama's Gay Marriage Endorsement

**The Huffington Post** | By Danielle Cadet
Posted: 05/29/2012 11:27 am Updated: 06/01/2012 10:42 am



Minister Louis Farrakhan recently responded to President Obama's endorsement of gay marriage calling him "the first president that sanctioned what the scriptures forbid," according to a video posted by the Nation of Islam's "official" news source, Finalcall.com.

During an address at the California Convention Center on Sunday, the Nation of Islam leader ridiculed the media for its portrayal of Obama after the announcement, and chastised politicians and clergy for hypocritically supporting gay marriage despite the fact that the Bible forbids it.

Throughout his speech, Farrakhan carefully points out that he does not condone homophobia, saying "I'm not your enemy. I'm your brother, and I do love you." However, he said "sin is sin according to the standard of God."

"Males coming to males with lust in their hearts as they should to a female," he said. "Now don't you dare say Farrakhan was preaching hate; he's homophobic. I'm not afraid of my brothers and sisters or others who may be practicing what God condemned in the days of Lot. That's not our job to be hateful of our people. Our job is to call us to sanity."

Farrakhan goes on to call out clergy who support gay marriage, saying they are placing society's needs over God's.

"Is this the book that you believe in, but now you('re) backing down from an aspect of it because people will get offended?" he asked.

He also ridicules Newsweek for mocking Obama with their magazine cover that referred to him as the "first gay president," and attacked politicians who take their oath with their hand on the Bible.

Sponsored Links



3 Herbs that Beat Anxiety
Doctors Reveal 1 Weird Compound to Calm Anxiety that May Surprise You
www.WiseLifestyles.com

Brain Training Games
Challenge memory and attention with scientific brain games.
www.lumosity.com



Try A Neuropathy Formula
See How Neuropathy Support Formula™ Can Help. 1...
www.NeuropathyTreatmentGroup.com

Buy a link here

"If the book is no good," he said. "What the hell are you using it for to take an oath of office to uphold, not the Bible, but the constitution?"

Farrakhan's words are a mere addition to a firestorm of responses since Obama officially endorsed gay marriage. The president's announcement has the black church community split down the middle with some clergy speaking out against gay marriage and others asking their congregants not to let Obama's stance affect their vote.

Nevertheless, research shows Obama's announcement has had a limited impact on black voters despite common expectations. A recent Washington Post-ABC survey found that the majority of blacks support gay marriage, jumping to 59 percent after the president officially endorsed it.

456 people are discussing this article with 1,102 comments



Start a conversation...

250 words    Preview    Submit

Highlighted   Most Recent   Oldest   Most Faved   My Conversations

**Deoge T.** (TotalTranquility)                                              23
6,128 Fans    · The Gay Agenda Is Equality!

A president of the United States puts his hand on a Bible and swears to uphold the Constitution, not the other way around.
29 MAY 2012 1:34 PM
REPLY   FAVE   SHARE   MORE

**elblanc0**                                                                4
SUPER USER · 538 Fans    · Whatever good things we build end up building us.

maybe he should swear on the Constitution to protect the Constitution -- get rid of the confusion.
29 MAY 2012 1:57 PM
REPLY   FAVE   SHARE   MORE

5 PEOPLE IN THE CONVERSATION    Read Conversation ⟶

**Mulebone**                                                                3
244 Fans    · You're heavy, and I'm not your Brother

First time I ever agree with Brother Farrakhan on anything.
29 MAY 2012 11:46 AM
REPLY   FAVE   SHARE   MORE

**Bill_J4321**                                                              6
909 Fans

Did Farrakhan chastise Obama for going against what the bible says about how to treat your slaves or something like that?
29 MAY 2012 11:52 AM
REPLY   FAVE   SHARE   MORE

13 PEOPLE IN THE CONVERSATION    Read Conversation ⟶

**Charles_R_Harrison**
43 Fans

I still support President Obama, but alot of Black Pastors like myself agree with Louis Farrakhan on Presidents Obama support of same-sex marriage.
29 MAY 2012 12:52 PM
REPLY   FAVE   SHARE   MORE

**greejambri**                                                              3
353 Fans

Five words - separation of church and state.
29 MAY 2012 1:16 PM
REPLY   FAVE   SHARE   MORE

11 PEOPLE IN THE CONVERSATION    Read Conversation ⟶



**Richard M.** (rmax53)

SUPER USER · 756 Fans

14

Before a fire goes out, it often flares. I see these outdated rantings by conservatives as the dying flames of bigotry, prejudice and intolerance. When same sex marriage is legalized in all 50 states, the bigots will move on to something else.

29 MAY 2012 1:29 PM

REPLY    FAVE    SHARE    MORE



**Jenkem**

213 Fans    · Just Say No... to Obama

5

Really? They haven't let up on women's reproductive rights, how many decades after Roe v Wade. I predict they will use it as a wedge issue for the next 50 years, sadly. Southern Strategy at play.

29 MAY 2012 1:59 PM

REPLY    FAVE    SHARE    MORE

     3 PEOPLE IN THE CONVERSATION    [ Read Conversation → ]



**RespectMyAuthoritah**

SUPER USER · 4,497 Fans    · My best comments are still pending

8

I'm sick of religious people putting their "scriptures" over our Constitution.

If you wanna live in a society where religion makes the laws of nation, go live in Saudi Arabia.

30 MAY 2012 12:01 PM

REPLY    FAVE    SHARE    MORE



**incorruptible**

54 Fans

I find it humorous when people treat the constitution as some sort of sacred document, like it's the sequel to the bible

30 MAY 2012 1:44 PM

REPLY    FAVE    SHARE    MORE

        12 PEOPLE IN THE CONVERSATION    [ Read Conversation → ]



**LazarusLong**

559 Fans

17

Keep YOUR scripture out of OUR government.

(That goes for ALL scripture, no matter the origin.)

Tax the Churches !!

29 MAY 2012 12:37 PM

REPLY    FAVE    SHARE    MORE



**Sue-in-Jersey**

1,091 Fans    · Now I am in Pennsylvania. Hope they let me vote.

15

Anyone who has skimmed Leviticus and Numbers would tell you, there's a WHOLE lot of Scripture we're ignoring, because we're no longer bronze-age tribespeople. I'm glad that MY President is versed in our U.S. Constitution, and realizes this is the 21st Century. Thank you, President Obama. You have my vote in 2012.

29 MAY 2012 12:19 PM

REPLY    FAVE    SHARE    MORE



**NetAmigo**
158 Fans

Where does the Bible condemn "gay marriage"? Is it in these verses?
Solomon ... had seven hundred wives ... and three hundred concubines. (1 Kings 11:2-3)
Rehoboam ... took eighteen wives, and threescore concubines. (2 Chronicles 11:21)
But Abijah waxed mighty, and married fourteen wives.... (2 Chronicles 13:21)
29 MAY 2012 12:43 PM

REPLY    FAVE    SHARE    MORE

3



**Larry S.**  (Larry_Scantand)
SUPER USER · 355 Fans

when you hate others... you hate others... that is what this guy is about... Farrakhan is more closely resembling the Aryan nation than an American.
29 MAY 2012 1:06 PM

REPLY    FAVE    SHARE    MORE

5

    3 PEOPLE IN THE CONVERSATION     [ Read Conversation → ]



**jimtodd**
843 Fans    · Unrepentant child of '60s

"Farrakhan goes on to call out clergy who support gay marriage, saying they are placing society's needs over God's."

At least he admits that god's needs are inconsistent with those of society. Perhaps that is why the founders banned god from the constitution. They were well aware of the social destruction caused by the religious.
29 MAY 2012 12:04 PM

REPLY    FAVE    SHARE    MORE

10



**Letticia M.**  (ticiaizwndrflly)
SUPER USER · 72 Fans    · exclusive member of the 47%

"banned God from the constitution" not the best choice of word but i understand your point.
29 MAY 2012 12:39 PM

REPLY    FAVE    SHARE    MORE

    5 PEOPLE IN THE CONVERSATION     [ Read Conversation → ]



**Jared_Everett**
9 Fans

"the first president that sanctioned what the scriptures forbid"

False.

Presidents have sanctioned, and use, mixed fabrics. And some even cut their hair!
29 MAY 2012 12:55 PM

REPLY    FAVE    SHARE    MORE

13



**Gregory B.**  (beringer37)
SUPER USER · 90 Fans

I think a few of them have eaten shell fish and pork as well.
29 MAY 2012 3:20 PM

REPLY    FAVE    SHARE    MORE

Load 10 more conversations                                          1-10 of 348

# EXHIBIT 12



Since 1913

**To Stop the defamation of the Jewish people... to secure justice and fair treatment to all**

| ABOUT ADL | FIND YOUR LOCAL ADL | DONATE | CONTACT US | PRESS CENTER |



SEARCH

GO

ACTION CENTER

ANTI-SEMITISM

CIVIL RIGHTS

COMBATING HATE

EDUCATION

EXTREMISM

HISPANIC AFFAIRS

HOLOCAUST

INTERFAITH

INTERNATIONAL AFFAIRS

INTERNET

ISRAEL

LAW ENFORCEMENT (L.E.A.R.N.)

RELIGIOUS FREEDOM

SECURITY AWARENESS

TERRORISM

**SIGN UP FOR ONE OF OUR NEWSLETTERS**

>> SUBSCRIBE

Anti-Semitism          E-Mail This to a Friend

# Farrakhan In His Own Words
## On Jews

"Now you know I'm going to be lambasted and called anti-Semitic… They'll say Farrakhan was up to his old canards; he said Jews control Hollywood. Well, they said it themselves! Jews control the media. They said it themselves! Jews and some gentiles control the banking industry, international banks. They do! In Washington right next to the Holocaust Museum is the Federal Reserve where they print the money. Is that an accident?"

Holy Day of Atonement Keynote Address, Part 2, Mosque Maryam, Chicago, Illinois 10/21/12

Farrakhan: How many of you are lawyers? Only have one in the house? No wonder we go to jail so much, brother! But at the top of the law profession, who are the top in law?
Audience: Jews.
Farrakhan: Sorry I didn't hear you.
Audience: Jews!
Farrakhan: Any doctors in the house? Ain't got no doctors? Oh there's one way in the back. At the top of the medical profession, the top in that are members of the Jewish community. Anybody in media? Who's the top in that field?
Audience: Jews.
Farrakhan: Anybody a rapper in the house? There's rappers. You can rap, ain't nothing wrong with that, but at the top of that are those that control the industry. Any of you have Hollywood ambitions, Broadway ambitions? Who's the top of that?
Audience: Jews.
Farrakhan: Same people! They're masters in business. Well I'm not a businessman I'm a banker. Well who's the master of the bankers?
Audience: Jews.
Farrakhan: TALK TO ME!
Audience: Jews!
Farrakhan: You don't discredit them because they're masters, you discredit them by the way they use their mastery.
Audience: [applause]
Farrakhan: Now, I close.

"All is Vanity" sermon at Mosque Maryam, Chicago 7/1/12

"White Christians, [you saw the plight of blacks] but what did you do? You walked right by on the other side. Then along came the Jewish people. You did a little better. You came and looked at us: 'damn they're in bad shape! Let's see how we can take advantage of the shape that they're in.'"

RELATED ARTICLES

The NOI's Escalating Anti-Jewish Campaign

What is the Nation of Islam?

Introduction

On Jews

On 'Jewish Conspiracies'

On the Holocaust

On Jewish Involvement in the Slave Trade

On Israel

On Dialogue with Jews

On Whites

On U.S. Government

On Homosexuals

On 'Mainstream' Blacks

"Guidance in a Time of Trouble" speech in San Diego, 5/27/12

"Do you know Jewish people were not the origin of Hollywood, but they took it over? "

Saviours' Day, Chicago, Illinois, 2/26/12

"In 100 years, they control movies, television, recording, publishing, commerce, radio, they own it all. Magazines. Why do you want all, everything?"

Saviours' Day, Chicago, Illinois, 2/26/12

"Did you know that the Koran says that Jews are the most violent of people. I didn't write it, but I'm living to see it."

Saviours' Day, Chicago, Illinois, 2/26/12

"I think we have made a grave mistake; we have been deceived into thinking that the Jews have been our allies in our recent civil rights struggle... Yes, he poses as your friend. He's with you as an agent, he's with you as a manager, he's with you as an investor, he's with you as a guide in economic development, but he has never asked you to do what he has done. He networks with other rich, influential Jews and he buys, he invests, he's in trade and commerce."

Interview with Washington, DC, radio station WPFW-FM, 4/1/10

"Some of you think that I'm just somebody who's got something out for the Jewish people. You're stupid. Do you think I would waste my time if I did not think it was important for you to know Satan? My job is to pull the cover off of Satan so that he will never deceive you and the people of the world again."

Saviours' Day, Rosemont, Illinois, 2/27/11

"If the white race is under the name Israel, where did the name Jew come from? Adam never said he was a Jew. Abraham didn't say he was a Jew. Moses didn't say he was a Jew. The name Jew comes after Judah. Hebrew is different. The original Hebrews look just like you. The original Hebrews are Black."

Speech at Mosque Maryam, Chicago, 10/3/10

"How did we get a Black president? Because those Satanic Jews know the time that this is the time of your separation from them that God wants to give you a land of your own as the cornerstone of the Kingdom of GodÉ You didn't see when they got in the room and said Ôwe have to deceive them and through them deceive the entire world'É How could they be the chosen of God and leading the world into filth and indecency?"

Speech at Mosque Maryam, Chicago, 10/3/10

"You can't do nothing in Hollywood unless you go by them. You a hip-hop artist? You can't do nothing, you gotta go by them. You want to be a great sports figure? They own that plantationÉ Children of Israel, they got you jumping through hoops."

Speech at Mosque Maryam, Chicago, 10/3/10

"They stole land in PalestineÉ And this Synagogue of Satan knows that the end of their time of rule is up. The jig is up."

Speech at Mosque Maryam, Chicago, 10/3/10

"If they go to war with Iran, which they're setting the stage for now, it'll be because the Zionists have pushed Obama to do their bidding andÉ to put a black face on an illegitimate war and use black and brown and white to fight a war for the Ashkenazi false Jews that have come out of Europe. These same people started apartheid in Africa. The same Jews are guilty of Jim Crow and the laws that segregated us and they're the same forces that are in Palestine right now telling Palestinians in their own land what roads they can travel on and what they're not free to travel on."

Speech at Mosque Maryam, Chicago, 10/3/10

"White people, although they hated us, are not the architects of white supremacy. That started in Europe and it is here in America and we document the architecture of white supremacy in this volume, Volume 2 The Secret Relationship between Blacks and Jews."

Interview on the Michael Eric Dyson show, 8/23/10

"This thing called anti-Semitism this is what I want to deal with, so that never again when somebody is critical of Israeli policy or Jewish misbehavior that all of a sudden we are called anti-Semitic. I will prove to the world that those who even use the term are not Semitic at all."

Interview on the Michael Eric Dyson show, 8/23/10

"I know that by singling out not all Jews, but those specific irreligious Jews that the scripture calls the Synagogue of Satan, those who use their power to influence people away from the way of God, making evil fair-seeming to them … these irreligious Jews who claim they are Jews and they are not. They blaspheme the name of a Jew; a Jew is a good name. There's deception here and the deceiver and the deception has to be exposed."

Interview on the Michael Eric Dyson show, 8/23/10

"We could charge you with being the most virulent anti-Black group in the annals of our history. I didn't say we would, I said we could. I used the conditional tense. I said we could charge you with being the most deceitful person acting, playing with our friend while you have been our worst enemy."

Speech at Mosque Maryam, Chicago, 7/11/10

"These who call us anti-Semitic are not Semitic at all. They have no connection whatsoever to the Holy Land. They are usurpers, land grabbers."

Speech at Mosque Maryam, Chicago, 7/11/10

"You are of the Synagogue of Satan and therefore will be dealt with by God."

Speech at Mosque Maryam, Chicago, 7/11/10

"Now, Jews are very sensitive people. If you even look like you're gonna criticize them they get very defensive. And you could say they're defensive because of what they suffered in Europe. That may be one reason. But the main reason is, see when somebody has lied, and stolen your birthright, the one thing they fear is not your guns, because they got some bigger. They don't fear your so-called scholarship 'cause they arranged your education. And they never taught you anything that would allow you to upset their rule. But what they fear most is the truth."

Speech at Mosque Maryam, Chicago, 7/11/10

"I've asked [the Jewish people], 'since your people put ours in this condition, why don't you help me raise our people up from the degraded state that your people have put them in.'"

Speech at Mosque Maryam, Chicago, 7/11/10

"To all of those who feel that the children of Israel are over in that place they call Israel, you are mistaken."

Speech in Atlanta, 6/26/10

"Other than the Bible there is no historical record of anybody names Jews in bondage in Egypt in 400 years… you have to keep your eyes open for the game that may be put over on you by a smart crooked deceiver. Now there's no historical record of their suffering in bondage like that—now they were freed from a bondage alright—but that was in the hills and cave sides of Europe."

Speech in Atlanta, 6/26/10

"These people have no legitimate connection to that land. They didn't come into existence in the Holy Land."

Speech in Atlanta, 6/26/10

"Jewish people claim Abraham. Sorry. Sorry. I have to tell you the masquerade is over."

Speech in Atlanta, 6/26/10

"Do you know that in Europe in every nation where they were, they led an industry in commerce in trade in banking? And the gentiles were angry with them because everywhere they went, they ruled. So the gentiles rose up against the Jews and persecuted them in Europe."

Speech in Atlanta, 6/26/10

"When they came to America they went into the South and there they found common ground with the gentiles who hated black people, because that same Babylonian Talmud, the rabbis developed the myth of Ham. That you and I are the children of Ham, cursed, black, doomed… So when they got in the South they just fueled the gentiles with the curse of Ham and that has spread throughout the world. It has poisoned the bloodstream of Islam, of Christianity, of Judaism, of Communism, of Socialism."

Speech in Atlanta, 6/26/10

"I'm here to tell you no black man or woman becomes a multimillionaire without friendship in the Jewish community… Did you know that nearly all prominent Negro actors and musicians have or had Jewish sponsors and managers? …They have a way of attaching themselves to your gifts, but you get nothing. They get it all."

Speech in Atlanta, 6/26/10

"And do you know that when our brother was elected, Jewish people wrote, as Bill Clinton was the first Black president, Barack Obama would be the first Jewish president. Now that's a terrible thing to say but they were telling you, 'we own the brother.' His early money came from Goldman Sachs. He was nurtured by Jews who saw in him his brilliance. He's a beautiful human being. And they knew that as brilliant as he was, they could use him to trick black people away from the promise of God."

Speech in Atlanta, 6/26/10

"He's president now and he's upsetting them. Because all the Jewish presidents met him in the Oval Office and told him to go easy on Israel and settlements in the West Bank. And because he was strong out of Israel they started calling him what they been calling me: an anti-Semite."

Speech in Atlanta, 6/26/10

"A lecture like this has put me in deep trouble with those forces that run this world. I have never been more prepared in my life to do what it takes, even if it's the loss of my life, to free you. But I can tell you, they killed their last prophet when they killed Jesus."

Speech in Atlanta, 6/26/10

"Since he's been in office, [Obama] surrounded himself [with] certain very powerful elements—Zionists—within the Jewish community; and has brought around him as 'advisers' some of those from Goldman Sachs, who advised him about this bailout money. Our brother, now, is disappointing to some aspects of that community, and that is the beginning of the end. Because, when they're disappointed with you, the force that they have, the power that they have, the influence that they have is gradually turned against you if you don't submit."

Interview with Chicago radio station WVON radio,3/24/10

"The Black man and woman have always been looked upon as the 'property' of

White America; and particularly, members of the Jewish community. They've always looked at you as 'belonging' to them."

You are currently browsing the ADL archive website. Consider visiting our **new website** !

"Who owns the recording companies? People who call themselves 'Jews,' but they are not Jews; they are masqueradingÉ And the so-called Jews who run those record companiesÉ they use you, and they've sent you all over the world degrading the culture of other nations with your filth and debauchery."

Speech at Mosque Maryam,Chicago, 3/7/10

"It was Hollywood whose first movie, what was the first movie? Đ 'The Birth of a Nation.' How did it portray us? And how has Hollywood portrayed us? And who were the Hollywood moguls who portrayed us like that? Am I anti-Semitic or are they anti-black?"

Speech at Mosque Maryam, Chicago, 7/26/09

"There were members of the Jewish community that helped to start NAACP but they were watchmen over how that organization developed, to keep it in a certain line."

Speech at Mosque Maryam, Chicago, 7/26/09

"Do you know some of these satanic Jews have taken over BET?... Everything that we built, they have. The mind of Satan now is running the record industry, movie industry and television. And they make us look like we're the murders; we look like we're the gangsters, but we're punk stuff."

"Justifiable Homicide: Black Youth in Peril (Part 3)" speech at Mosque Maryam, 11/11/07

"The real anti-Semites are those who came out of Europe and settled in Palestine, and now they call themselves the true Jews, when in fact, they converted to Judaism."

Al Jazeera TV interview, 3/18/07

"These false Jews promote the filth of Hollywood that is seeding the American people and the people of the world and bringing you down in moral strengthÉIt's the wicked Jews the false Jews that are promoting Lesbianism, homosexuality. It's wicked Jews, false Jews that make it a crime for you to preach the word of God, then they call you homophobic!"

Saviours' Day, Chicago, Illinois, 2/26/06

"I'm not an anti-Semite, I never have been one. I do not hate the Jewish people; put that down! What I hate is the degree of control that they exercise over Black intellectual, cultural expression. I do not think that no human being should determine how high we can go, that can only be determined by God and by us; not by no white man, no black man, no human being [crowd cheers]."

Millions More Movement rally, Philadelphia, Pennsylvania, 8/31/05

"Now the thinking of these neoconservatives is written of in scripture. In the book of Revelations, 2 and 9, it reads, 'I know the blasphemy of those who say they are Jews and are not but are a synagogue of Satan.' What is the blasphemy? A Jew is a noble name. A Jew means one who is in a covenant relationship with God in obedience to the divine laws, statues and commandments of God. But these people claim to be Jews but they're not in obedience to God's law, they have given a mission of evil a divine look on it. And George W. Bush has swallowed that bait, hook line and sinker. The synagogue of Satan is a gathering of persons of like mind and spirit who are in opposition to the will of God. So Paul said we wrestle not against flesh and blood, but against principalities and powers that are not of this world, and spiritual wickedness in high places.

National Press Club, Washington, D.C., 5/3/2004

"Dewey, Kant and Hegel, and the rabbis that wrote the Talmud, make blacks inferior." Ê

National Black Agenda Convention, Boston, 3/18/04

"I call them the so-called Jews because to be a Jew you have to adhere to the statutes and laws that create the special relationship. How can you be a Jew and promote homosexual marriage?" Ê

National Black Agenda Convention, Boston, 3/18/04

"See, you so called Jews Ð I'm not gonna give you the credit for being one of those that obey God. You portrayed us, you know what images do, that's why you jumped on Mel Gibson. But you painted us, big lips, red eyes, kinky hair, you put in the movies like that. You mocked our characteristics and made us to hate God's creation of us. You did that. Hollywood did thatÉ.You take our strongest, more courageous black minds, you think we don't see you? And you put us in Hollywood. You give us television shows, and then we gotta bug our eyes." Ê

Saviours' Day Speech, Chicago, 2/29/04

"You don't mention the horror of our suffering. Here's whyÉit's because of something called the Hamitic curse. Now I know that this is kinda rough. But according to the Babylonian scholars, writers of the Talmud, not the Torah, but Talmud. Now I want you to listenÉ.Look at this now, the Hamitic curse was written off in the Talmud 400 years after the birth of Jesus. And the way they wrote it was, I got to find the exact words, 'cause it's really powerfulÉ.Oh, Lord, let me find it. I'm gonna take my time. Oh boy, well I'm gonna say it, in the Talmud they talk abut because he looked at Noah in that condition and marked the redness of his eyes, the turning of his head made these kinks in his hair, the thickness of his lips Ð that's our features. We were black and cursed.

Saviours' Day Speech, Chicago, 2/29/04

"But what you have in the Bible has been added to and taken away from by the Jews. Oh here goes this anti-Semite.' This Koran says that the Jews have altered the word of God out of its place. They did not want the masters of the people to know what Jesus really said, what Moses really said, because then you wouldn't have a yardstick to measure their deviations."

--"What is Islam,." speech at Mosque Maryam, Chicago, 11/23/03

"What had they done to deserve such a harsh judgment from God? Those who are Jews and those who are Christians, those who believe in Allah on the last day, they have their reward from their Lord. There are beautiful members of the Jewish community who are trying their utmost to follow the law and the teachings of Moses and the prophets that God sent to Israel. But there's another Jew who is not really a Jew. He is an imposter posing as Jew. In the Bible, in the book of Revelations [it] saysÉ 'Those who say they are Jews and are not, I will make them of the synagogue of Satan.' Who are the masters of Hollywood, how could you be a righteous Jew and promote that which is forbidden by the God of Israel? Come on now. How could you be a righteous Jew and publish the filth that is published daily feeding the minds of the American people and the people of the world filth and indecency, and making it fair seeming in their eye?"

"What is Islam?," speech at Mosque Maryam, Chicago, 11/23/03

"We know that the most powerful people in the country, many of whom are Jews, don't like Farrakhan."

What is Islam?," speech at Mosque Maryam, Chicago, 11/23/03

"Even though the Koran says and the prophet Mohammed predicted that the Mahdi would come, somebody would come as a guide. Why? Because his own community had lost the path that he had put them on. Christians, you have lost the path that Jesus put you on. And the Jewish or Hebrew community lost the

path that Moses and the prophets of Israel put the Jewish people on. We're off that path."

> --8th Anniversary The Holy Day of Atonement speech at Mosque Maryam, Chicago, 10/16/03

"When Jesus was preaching, his enemies were the scribes, the Pharisees, the Sadducees, He was preaching in the Roman Empire, and the people wanted to trap him for the Roman authorities. But under the Roman authorities were the Jewish religious authorities. They were wrapped in the law. But they were wrapped in the letter, but not in the spirit. Jesus was more than a man of the letter, Jesus was a man of the spirit. But he said, 'I didn't come to change the law. I came to fulfill that which was written in the law.' There's a whole lot difference between a man that gives the law and a man who fulfills what is written in the lawÉ He did something that they thought was contrary to the law. And sometimes when you're a religious hypocrite, you use your knowledge of the law to hide a self-righteous hypocrisy."

> 8th Anniversary The Holy Day of Atonement speech at Mosque Maryam, 10/16/03

"See how you can see Jesus in ancient Rome. See how you can use or see the rabbinical scholars, the Levites, the Sadducees, the Pharisees, and their attack on the master? É See how Pontius Pilate washed his hands of the matter? See how they [the Jews] brought him into court on false charges? See how they plotted to crucify him? And it's easy to sing about what was. It's difficult to believe that what was, is. The Rome of yesterday is nothing to the America of today."

> 8th Anniversary The Holy Day of Atonement speech at Mosque Maryam, Chicago, 10/16/03

"You say I hate Jews. I don't hate the Jewish people, I never have. But there [are] some things I don't like. 'What is it you don't like, Farrakhan?' I don't like the way you leech on us. See a leech is somebody that sucks your blood, takes from you and don't give you a damn thing. See, I don't like that kind of arrangement. You become our manager, you become our agent. Every one of us that got talent, we can't make it because you opened the door, and when you opened the door you get and we end up dead with nothing, owing the IRS."

> 8th Anniversary The Holy Day of Atonement speech at Mosque Maryam, Chicago, 10/16/03

"So from that point on, when I said that, the next day, in New York, a rabbi was on television calling me the new black Hitler. Now what is that? You are so used to black people cowing down that you're not used to a man talking to another man? So you're gonna call me Hitler, a man who had nothing in his heart but the murder of Jews. You're gonna put that on me, so that any of your children will feel that it's an honor for me to be dead. And then some of them come out where I'm speaking, said, 'Who do you want, Farrakhan! How do you want him? Dead.' Did you think we were gonna take that crap sitting down? Do you want to ignite revolution all over America? Is that what you want? Do you want the anger of God? So what I'm saying to my Christian friends-there has not been a black leader in America locked in a struggle with the Jewish community but Louis Farrakhan. Now open your eyes. Name me one. When it comes to someone being a black anti-Semite who do they single out, who is made the litmus test when you go to work and they ask you what do you think about Farrakhan? They ain't asking you a damn thing about nobody else. Why me? Did you ever stop to consider who are the scribes. The Latin word, scribo, meaning 'I write.' For 18 years they have written against me, more than any black leader before or since. The scribes, who are these Pharisees? See, who are they, who are these guys? They call themselves Muslims. But they're not true. That's what they said about Jesus. He wasn't true. Because you felt he went outside of the law."

> 8th Anniversary The Holy Day of Atonement speech at Mosque Maryam, Chicago, 10/16/03

"I'm not into integration. I ain't for that. God told the Jews, he didn't want you intermarrying with others. But you disobeyed him. He don't want us uniting into

this that he's come to judgeÉ You can't integrate with wickedness if you want righteousness."

> 8th Anniversary The Holy Day of Atonement speech at Mosque Maryam, Chicago, 10/16/03

"You can go to Palestine, called Israel today, you can see Sodom, you can see Gomorrah, ain't nothing built there. God hadn't let anything be built there to show you his displeasure against homosexual behavior. Now the church says it's all right. I was an Episcopalian before I was a Muslim, and I liked my church. I can't remember anybody in the church, if they were gay they were hiding that. They were sure acting like men, you know what I mean."

> 8th Anniversary The Holy Day of Atonement speech at Mosque Maryam, Chicago, 10/16/03

"I don't hate Jews. I honor and respect those who try to live according to the teachings of the Torah, but you can't criticize Jewish people. If you criticize them you are anti-Semitic. If you don't agree with what they are doing, you are anti-Semitic. The Bible says, Revelations, those who say they are Jews and are not, I will make them of the synagogue of Satan. I don't hear you preaching that full Gospel. You are afraid of consequences. But no man can say he's a Jew and promote homosexuality. No man can say he's a Jew and promote that which is against the commandments of God. No man can say he's a Jew and run the despicable, degenerate movies. The filth and degenerate language."

> Saviours' Day Speech, Chicago, 2/23/03

Farrakhan on past anti-Semitic remarks:

"I can never apologize for telling the truth... I can apologize for the manner of telling the truth."

> BET Tonight with Travis Smiley, 9/11/00-9/12/00

Farrakhan on Sen. Joseph Lieberman:

"Mr. Lieberman, as an orthodox Jew, is also a dual citizen of Israel."

> Los Angeles Times, 8/12/00

Farrakhan: "Is the Federal Reserve owned by the government?"
Audience: "No."
Farrakhan: "Who owns the federal reserve?"
Audience: "Jews."
Farrakhan: "The same year they set up the IRS, they set up the FBI. And the same year they set up the Anti-Defamation League of B'nai B'rithÉ It could be a coincidenceÉ [I want] to see black intellectuals freeÉ I want to see them not controlled by members of the Jewish community."

> Dallas Observer on-line, 8/10/00

Farrakhan on Jewish control:

Farrakhan said that he is fighting the "inordinate control" some Jews have over Blacks, particularly in entertainment and business.

> Associated Press, 7/31/00

"They [the Jews] are the greatest controllers of Black minds, Black intelligence. They write the scripts -- the foolish scripts on television that our people portray. They are the movie moguls that feature us in these silly, degrading, degenerate

roles. The great recording companies that portray our people in such a filthy and low-rating way, yet they would not allow such a man as Michael Jackson to say one word that they thought would besmirch their reputation, but they put us before the world as clowns and as purveyors of filth. No, I will fight that."

Meet The Press interview, 10/18/98

"Of course, they [the Jews] have a very small number of people but they are the most powerful in the world, they have the power to do good and they have the power to do evil...Now what do the Jews do best? Well, they have been the best in finance that the world has ever known...They finance a lot of stuff in the world, and there's nothing wrong with that, but they are not good politicians, they are the worst politicians because they don't recognize really their friends and as well their enemies..."

Saviours' Day Speech, Chicago, 2/22/98

"I believe that for the small numbers of Jewish people in the United States, they exercise a tremendous amount of influence on the affairs of government...Yes, they exercise extraordinary control, and Black people will never be free in this country until they are free of that kind of control..."

Meet The Press interview, 4/14/97

"To continue to point out the truth of that control and how that control never will allow us to be full and completely men, free, justified, and equal. Why should we be controlled by the power, influence, and money of others? We should not be under that kind of control...going to Jewish philanthropists, begging them for money to support our causes, and through that money, there is control, and that kind of control limits the freedom of our people to speak freely, write freely, think freely, and act as free men..."

Meet The Press interview, 4/14/97

"And you do with me as is written, but remember that I have warned you that Allah will punish you. You are wicked deceivers of the American people. You have sucked their blood. You are not real Jews, those of you that are not real Jews. You are the synagogue of Satan, and you have wrapped your tentacles around the U.S. government, and you are deceiving and sending this nation to hell. But I warn you in the name of Allah, you would be wise to leave me alone. But if you choose to crucify me, know that Allah will crucify you."

Saviours' Day Speech, Chicago, 2/25/96

"I don't own Hollywood. Who depicted Black people? Who writes the books? Who writes the plays, the songs that make us look less than human? Do you mean to tell me that Jews have never done any evil to Black people?...Were they not involved in the slave trade? Yes, they were...and to the extent that they were involved, somebody has to bring them to account. And I believe that has fallen on me."

Interview with New York Amsterdam News, 1/8/94

Next: On 'Jewish Conspiracies'



ADL On-line Home | Search | About ADL | Contact ADL | Privacy Policy

© 2013 Anti-Defamation League

# EXHIBIT 13



# The Tribune

- Login or Sign up

Upvote   0

## Louis Farrakhan Makes Misinformed Observations

### As of Monday, March 18, 2013

- Sign in to favorite this
- Discuss 1 comment, Blog about
- Share this Email, Facebook, Twitter

LOUIS Farrakhan, controversial Nation of Islam leader, was here for a few days last week, saw a narrow section of Nassau life, and departed, leaving behind his usual racially devisive comments.

"I was in a place last night," said Mr Farrakhan, "that was magnificently beautiful and there were all these black people that came past the gate because Mr Nygard wanted them there on that piece of ground that most black people just keep driving by, they make it a gated community. And they don't want no riff-raff. You come, you do your work and get out. When night time come, go. And there is always somebody to ask you what you doing here? In your land. Did you hear me."

Yes, Mr Farrakhan, we all heard you. If you lived in a crime-ridden land as Bahamians now do, you too would be happy to be behind gates in a secure community. But to refer to staff who work behind those gates as "riff-raff" is not only demeaning, but untrue. Most staff — unless they are live-in staff, as many of them are — usually leave a premises, gated or not, when their work is done.

Anyone arriving after those hours — unless they inform the security at the gate that they have been invited by an owner within those gates — are not allowed in. And, for Mr Farrakhan's information, the colour of one's skin has nothing to do with who goes past those gates once they have an invitation.

Apparently, Mr Farrakhan was invited to make the trip to Nassau by Mr Peter Nygard's lawyer, Keod Smith. And, according, to Mr Farrakhan, he was flown here from Miami in Mr Nygard's aircraft.

While here — particularly as he was not interested in the glitter and entertainment on the Nygard estate — it is a pity that Mr Smith did not make more of an effort to show Mr Farrakhan the true Lyford Cay. Was Mr Nygard told that many successful black Bahamians live behind those gates in the relatively secure comfort of Lyford Cay? If he would have visited in the early morning, he would have seen black and white neighbours taking their morning walks, or playing a game of golf or tennis, or relaxing around the pool together.

There are property owners — both black and white — who live behind the Lyford Cay gates. There are also Lyford Cay members, who do not necessarily live at Lyford Cay, but have full access to all of the amenities of the club as

would those members who live on the property. Some of them are even honorary members. They are lawyers, doctors, businessmen, politicians — all successful black and white Bahamians.

Not one of them wants "riff-raff" hanging around — just as ordinary citizens who cannot afford life at Lyford Cay want "riff-raff" around their premises. In the context of today's Bahamas, "riff-raff" means trouble. Usually it results in a crime story on the next day's front page of the newspaper. We are certain that if Mr Farrakhan lived here, he too would be behind a high gate.

And then Mr Farrakhan challenged — presumably those to whom he referred as the "riff-raff" Bahamian — with these words: "Now either this is your land or you're not the owner anymore of this. But you paid a price and the land is being sold right out from under your foot."

Obviously, Mr Farrakhan does not know the history of this land. The Lucayans were the indigenous peoples of the Bahamas, not the Europeans or the Africans. The Lucayans were wiped from the face of the earth when they were transported in Spanish slave ships to work the fields of Hispaniola.

On July 9, 1647, in the 23rd year of "the reign of King Charles, King of England, France, and Ireland", the island of Eleuthera and adjacent islands were ceded to the Eleutheran Adventurers to work as plantations for the Crown. Eventually, these islands were populated by the white man bringing with him his black slaves. So — with the Lucayans wiped out — we really do not know what indigenous owners Mr Farrakhan refers to.

The Bahamas belongs to Bahamians — black, white and brown. Throughout history, they all made sacrifices to make the islands what they are today. No one group can claim ownership. However, once our elected government gives an outsider permission to make the Bahamas his home, whatever piece of property he purchases and gets clear title to is his. However, should he break our laws, he puts himself in the category of the undesirable.

And so, Mr Farrakhan, each piece of property in Lyford Cay is owned by whoever has purchased it, be he white, black, Bahamian or foreign.

As for selling the land under the black Bahamian's "foot", maybe Mr Farrakhan should be informed by Mr Smith that without the foreign investor, the Bahamas would not be where it is today.

Daily, the Bahamian is praying for the tourist and the foreign investor. Everyone is now holding their collective breath should either or both of these turn their backs on these islands.

Mr Farrakhan is noted for his inflammatory language. Many Bahamians should remember the sensational headlines at the time of the murder of Malcolm X, leader of the Black Panther movement. For those interested, they will find a report on Wikipedia under the biography of Louis Farrakhan.

Wikipedia reports, among other things: "In a 60 Minutes interview aired in May 2000, Farrakhan stated that some of the things he said may have led to the assassination of Malcolm X. 'I may have been complicit in words that I spoke,' he said. 'I acknowledge that and regret that any word that I have said caused the loss of life of a human being.' A few days later, he again acknowledged that he 'created the atmosphere that ultimately led to Malcolm's assassination'."

Should Mr Farrakhan again visit our shores, we would appreciate it if he would refrain from meddling in the affairs of our islands — particularly as he seems to be so ill-informed about our history and way of life.

## More like this story

- [Nation of Islam leader's claim of mischief despite accuracy of speech report](#)
- [Nygard faces the wrath of Farrakhan](#)

# EXHIBIT 14


Take advantage of this special **13.99%** offer to:
- save on interest charges • pay off your balance faster
- keep more money in your pocket

Terms & conditions apply

Learn More ▶

# The Tribune

Upvote   0

## Nation Of Islam Leader's Claim Of Mischief Despite Accuracy Of Speech Report



As of Monday, March 18, 2013

- Sign in to favorite this
- Discuss 8 comments, Blog about
- Share this Email, Facebook, Twitter



[Farrakhan COB Audio](#) by [Tribune242](#)

By CHESTER ROBARDS

Tribune Senior Reporter

crobards@tribunemedia.net

ALTHOUGH Nation of Islam Leader Louis Farrakhan admits The Tribune reported "perfectly" the words of a speech he gave at the College of the Bahamas Thursday, he claims a spin was put on his words that made them "mischievous" and "suggestive".



Louis Farrakhan (centre) with Kai Nygard (left) and Keod Smith (right) at Saturday's press conference. Photo: Dana Smith/The Tribune

His lawyer, Koed Smith, suggested at a press conference at the Executive Airport on Saturday that Mr Farrakhan is considering suing The Tribune over the article.

He also suggested that The Tribune represents Lyford Cay millionaire Louis Bacon, who has been at odds with another Lyford Cay millionaire, Peter Nygard.

However, Tribune publisher Eileen Carron has emphatically denied that The Tribune represents Mr Bacon.

"I neither know Bacon nor Nygard," she said, "although I do know of their feud."

Meanwhile, Mr Farrakhan has confirmed that it was Mr Nygard's plane that flew him from Miami to the Bahamas.

According to Mr Farrakhan and Mr Smith, while the quotes used in The Tribune article were accurate, they were represented in the story "out of context".

In fact, the article quoted Mr Farrakhan's comments at some length. No interpretation or suggestions of his comments about "sending women to him" was made in the article.

Nevertheless, Mr Smith criticised the "impression" given by The Tribune's coverage of these comments.

Mr Smith also tried to explain what Mr Farrahkan meant when he said: "I'm not looking for sport and I'm not looking for play. So you can't send me no woman except to learn, and I don't mean sex education."

Pointing to a photo of Mr Nygard dancing with a Junkanoo dancer on a previous occasion, the lawyer said that although there were Junkanoo dancers present at the recent event, "there was no costuming like that. The Tribune in the caption to the photo, which was used to illustrate the article, made it clear that the photo was not taken at the event given for Mr Farrahkan.

Pointing out some people in attendance at the press conference, Mr Smith said the dancers were dressed in a similar way – in "cloth with a message".

He added: "And so these things were suggested, especially when you take out of context this comment about women and sending women."

"And so these things were so reprehensible that I've been now instructed by my client, Mr Farrakhan, to take steps toward finding legal remedy and recourse for this."

"It is injurious," Mr Smith claimed. "Minister Farrakhan is the spiritual and religious leader of an organisation and group of people who frown on that kind of behaviour. And so to say something like that and to give the impression that he was in the company of people who were even trying to make certain overtures is reprehensible and I do on behalf of the Bahamian people condemn The Tribune for having taken that sideswipe at our – and when I say our, I mean Bahamians – at our guest."

Mr Farrakhan was invited to the Bahamas by former Progressive Liberal Party politician Keod Smith. Mr Farrakhan said he had never met Mr Nygard before attending a party in his honour at the millionaire's Lyford Cay residence.

Mr Farrakhan said of his words printed in The Tribune: "I made no comments about women, and any comments I made about women, if you have those correct words that you quoted in the article, you would have known what I said. But I always speak of women in a very spiritual way because that is our teaching. We never ever downgrade or degrade women. To do that is against our teaching.

"The reason I take umbrage of reading such an article is because the mischief inherent in that article is first to say that I came to this island and rebuked Mr Nygard.

"Second, all on this island who have benefited from Mr Nygard's kindness, now they saw me, they heard me and for them to read an article and they would think that Minister Farrakhan came, and this was put in his honour, and this is what he did to Mr Nygard.

"Then, it puts me at odds with the people that I love and the people that I come to serve. And that is the mischief of a mischief maker using the media to divide and to put hatred between friends and brothers, or to break up a friendship even before the friendship is formed.

"I am not a liar nor would I come to the Bahamas to disrespect a man who hosted me in his home. I know nothing about Mr Nygard except the good that I saw and the good that I felt and the good that I heard. Now if you know something else, that's on you."

Mr Farrakhan returned to the US Saturday afternoon.

LOUIS FARRAKHAN QUOTE IN FULL

Mr Keod Smith, issued the following quote at Saturday's press conference from the speech given by Mr Farrakhan at the College of the Bahamas.

"Rich people come, this is a paradise for everybody else but you. And we sit back and we allow ourselves to be put in a condition and it's not other people's fault.

"I was at the home of Mr Nygard, way out somewhere, a gated community. Some black people can't go in there except as a servant, a cook, a butler, to care for the lawn.

"Last night they had something there that I was invited to. That was amazing to see all the black people that came and they put on a Junkanoo show for me.

"Now you know, I'm a very simple man. My staff can tell you I'm not a sightseer. I done seen palm trees. I'm not a person that go looking for bush, I've seen bushes.

"When I go, I come to do a job, to teach my people what God has blessed us to have, to teach them and I go back to my hotel. I'm not looking for sport and I'm not looking for play. So you can't send me no woman except to learn, and I don't mean sex education.

"So I was in a place last night that was magnificently beautiful and there were all these black people that came past the gate because Mr Nygard wanted them there on that piece of ground that most black people just keep driving by, don't even go that way.

"And when white people come and own the land the first thing they do, they make it a gated community. And they don't want no riff-raff.

"You come, you do your work and get out. When night time come, go. And there is always somebody to ask you 'what you doing here?' In your land. Did you hear me?

"Now either this is yours or you're not the owner any more of this. But you paid a price and the land is being sold right out from under your foot."

## More like this story

- [Nygard faces the wrath of Farrakhan](#)
- [Louis Farrakhan makes misinformed observations](#)
- [Mosque: No link to Farrakhan visit](#)
- [The Bahamas - a country in meltdown](#)
- [Views of readers on Louis Farrakhan's threat to sue The Tribune](#)

## Comments



[TalRussell](#) [1 year, 3 months ago](#)

This guy is always claiming the media is mistaken about what he rants on about. What should be concerning to

# EXHIBIT 15

- Login
- Subscribe
- Rss

Sunday, 10 August 2014



- Home
- World
- Politics
- Sport
- Technology
- Crime Beat
- Health
- Entertainment
- Business

# Louis Farrakhan condemns the revisionist Louis Bacon



**Louis Farrakhan is now on a tour throughout the Caribbean and has made a stop in the Bahamas to warn Bahamians of the revisionist ways of Louis Bacon and others in the fight for the history of Clifton.**

Farrakhan joined a panel of speakers who encouraged Bahamians to hold claim to the land they fought for at Clifton.

Farrakhan is a Nation of Islam head in the US and is a social activist leader. Farrakhan has been both praised and widely criticized for his often controversial political views and outspoken rhetorical style.

In a packed audience with standing room only at the Hilton, Farrakhan warned Bahamians of revisionists like Louis Bacon, who continue to enslave people to their benefit.

"This is our time where the world is changing and the season of our community to step out and take charge of our destiny. We cannot allow those former colonizers to set us back," he stressed.

The event was sponsored by the Save Clifton Again Committee spearheaded by former Environment Ambassador Keod Smith.

Smith took exception to comments made by the Lyford Cay billionaire, Louis Bacon, as he received an award from New York's Audubon Society.

In a statement on behalf of Bacon the world was told, "In the Bahamas Bacon has led a campaign to preserve Clifton Point and create the Bahamas Clifton Heritage Park. Today, as a result of his work, Clifton Cay is a national park.".

During his acceptance speech Bacon repeated the lie and added that he led the fight for Clifton from behind and added that it was not easy as he made no mention of the ordinary Bahamians who led the eight-year struggle to save Clifton.

Bahamians from all walks of life led the fight to save Clifton, which was under a threat to be sold and turned into a gated residential community. The deal was almost done by the former Ingraham government, which moved the idea.

The plans were supported by the Bahamas National Trust at the time, however, strong voices from Bahamians like Nicki Kelly, C. B. Moss, Vivian Whylly, Sam Duncombe and Keod Smith along with countless ordinary Bahamians protested the plans and waged a war against the Ingraham Government and the BNT.

The people won and today Clifton Heritage is forever secured for generations unborn.

However, Keod Smith now believes revisionists like Louis Bacon are a threat to the protected space, as he has

already attempted to remove citizens from the triumph of Clifton. And - rightly - many residents should be concerned.

After all, justice has yet to come to neighbours of Louis Bacon, who built on the public road without permit in Lyford Cay; where he blocked access for neighbours getting to their homes.

In the Bahamas Louis Bacon appears to be an untouchable, and, from what it appears, can break the law, buy police, silence the media and buy government all in one shot.

Recently, CEO of Jones Communication Ltd, Wendall Jones was hauled before the courts of the Bahamas for reporting on Louis Bacon.

Jones was fined and ordered to offer an apology for his reports.

Farrakhan will address an audience at the College of the Bahamas this Wednesday at 7PM.

News
Login to post comments

# Latest news

- What is CARNIVAL?
- RBDF New Entry 40 and Woman Entry 12 Donate to Great Commission Ministries
- PM Addresses Z-Bandits Summer Camp
- Gabrielle Moss Named 2014 All-Bahamas Merit Scholar
- Monument to be Erected in Memory of Fox Hill Shooting Victims

Read more

Skip to top



- Home
- World
- Sport
- Technology
- Health
- Politics
- Entertainment

Managed by Innovation

Login

Subscribe

Rss

Sunday, 10 August 2014

Bahamas National

Home

World

Politics

Sport

Technology

Crime Beat

Health

Entertainment

Business

# News



Hurricane Sandy Exigency Order extended for duty free import for victims

03/14/2013 - 10:15

The National Emergency Management Agency, NEMA wishes to advise that the Ministry of Finance has extended the Exigency Order permitting residents whose properties were damaged during Hurricane Sandy, 2012, to import goods duty free for a further period of 90 days.

more



[Bahamasair incurs net loss of $11.7 million](#)
03/14/2013 - 10:13

In the period July-December 2012, total revenue collected by Bahamasair amounted to $37.4 million, while expenses totalled $49.1 million,

[more](#)



[Save Clifton Town Meeting](#)
03/14/2013 - 05:33

A TOWN MEETING WAS PUT ON RECENTLY, WITH THE AIM OF DETERMINING BOTH HOW BEST TO ACHIEVE PROTECTING OUR HISTORY AND HERITAGE FROM REVISIONISTS AS WELL AS THE BENEFITS TO THE PEOPLE OF THE BAHAMAS. (click to watch video of town meeting)

more



Louis Farrakhan condemns the revisionist Louis Bacon
03/14/2013 - 05:29

Louis Farrakhan is now on a tour throughout the Caribbean and has made a stop in the Bahamas to warn Bahamians of the revisionist ways of Louis Bacon and others in the fight for the history of Clifton.

more



Romney gets a job and Bacon losing staff at Moore Capital
03/13/2013 - 07:56

If there is anything that caught attention on Wall Street last week it was the fact that Mitt Romney, former US Presidential Candidate, was headed back to work.

more



T. BASWELL. DONALDSON C.B.E Passes
02/27/2013 - 08:50

# EXHIBIT 16



☰ | Navigation





# Our Story

**Save The Bays** is a non-profit organisation comprised of Bahamian and international members united in their commitment to **preserve and protect the Bahamian environment through proactive policy change, education, legal action and advocacy.**

It all started with a commitment to preserving and protecting Clifton Bay and other common marine environments surrounding New Providence Island. From a maritime cargo facility proposed in the early 1990s to sprawling residential development proposed in the late 1990s, this ecologically sensitive and culturally important area has faced a number of threats over the years.



In the late 1990s, a group proposed building a 600-home golf course development on the 200 undeveloped acres of Clifton Cay. The development would have disrupted delicate ecosystems and disturbed historic sites dating back more than a thousand years to the time that Lucayan Indian villages dotted the coastline on the western edge of New Providence Island.



A report to the Natural Resources Defense Council issued in 2000 found development of this crucial piece of shoreline would be "detrimental to the two most important coastal resources in The Bahamas: sandy beaches and living coral reefs."Faced with the potential loss of what the New York Times quoted an archaeologist describing as a veritable Rosetta Stone for understanding life on the island from ancient times through 18th Century plantation life, a group of motivated Bahamians, environmentalists, preservationists and ultimately government officials came together to protect the area.



The result was the establishment of the Clifton Heritage Authority in 2004. The authority established the 200-acre Clifton Heritage National Park. The park stands as a testament to the importance Bahamians place on preserving the natural beauty of their land and habitat while also maintaining a direct connection to their history.

Thanks to the collective efforts of the Bahamian government, native Bahamians, environmentalists and conservation organizations, public access for local Bahamians to one of the last public beaches in New Providence was preserved and wetlands, tropical hardwood forests and valuable living coral reefs in the bay's marine system have been protected.

Unfortunately, substantive new threats to Clifton Bay and other common marine environments have arisen. **Save The Bays** has been formed by a diverse group of stakeholders to help combat such threats. Join us in our efforts to protect our common marine environment!

# EXHIBIT 17



Navigation





# Environmental Protection Act

"The number one priority for the PLP is that the beaches and waters given to us by God remain pristine." P.M. Perry G. Christie

As the Bahamian government continues to promote business, create new jobs and develop the economy, the need for an independent regulatory body to protect our environment becomes even more critical.

**Save The Bays** joins a growing number of environmental groups and concerned citizens advocating for the immediate passage of an Environmental Protection Act for The Bahamas. The BEST Commission has been established for years but it is not a statutory body and needs to be institutionally created by legislation to make it effective.



For more than two decades, both the current PLP administration and former FNM administration promised to adopt and implement policies to protect and enhance our environment. Yet the fact remains – despite repeated attempts by numerous environmental groups and citizens to advocate for one – The Bahamas does not have an Environmental Protection Act in place to ensure proper oversight and regulation of Bahamian land and marine resources, or that all interested parties are properly consulted in matters that could impact the environment.

Development and industry are essential for jobs and our economy, but we have to ensure that the growth is sustainable and environmentally sensible. Increased fishing, tourism, transport, coastal development and other human activities threaten to degrade our environment, doom our tourism industry, and impact the livelihoods of millions of people across The Bahamas and beyond. This is especially true on New Providence Island where space is limited and industrial and urban growth is booming.

The impacts to our environment reach far beyond our borders. As former Minister of the Environment, Dr. Earl Deveaux told the Bahama Journal in 2007, "The waters surrounding The Bahamas and its creeks and wetlands act as the primary marine basin for fish stocks, nurseries, feeding grounds and spawning aggregations stretching throughout the region and as far away as Newfoundland in the north."

It's also critical that stakeholders and interested parties who may be affected by industrial and/or other developments have an opportunity to be properly consulted. This has been repeatedly affirmed by all levels of our judicial system from the Bahamian Supreme Court and Court of Appeal to Privy Councils in the Guana Cay and Abaco Wilson City Power Plant litigation.

The Planning and Subdivision Act was a great step in providing an opportunity for stakeholders to be consulted and participate in developments before they occur, and the requirement for environmental impact assessments in that legislation is to be commended.

However, the lack of a corresponding Environmental Protection Act and statutory process for environmental reviews creates confusion and leads to continued environmental degradation and violation of the Bahamian people's trust.

## "We do not have the right to mismanage our environmental resources." — Former P.M. Hubert Ingraham

Search...  🔍

☰ | Navigation







# Clifton Bay Land and Sea Park Unification

The Bahamas does not currently have a marine managed area in its national park system to protect the vital coral reef ecosystems around New Providence Island, including those in Clifton Bay.

**Save The Bays** supports the Bahamas National Trust's (BNT) proposal for the establishment of the West New Providence Marine Managed Area to protect the western portion of New Providence Island. Such a protected area would contribute significantly to our mission of preserving Clifton Bay and other common marine environments; particularly the area's coral reefs where the risk of human impacts are the greatest.

As a world famous scuba diving mecca, the marine environment of New Providence Island draws thousands of tourists each year. It also serves as a key transshipment point for the country and is heavily used by recreational and sport fishermen. Increasing usage makes the establishment of a marine managed area essential to regulate and sustain the area's sensitive natural

resources.

BNT is recommending a multi-zoned management approach that would allow for continued sustainable fishing, tourism, transport and development activities while preventing further degradation of coral reefs and allowing for the replenishment of depleted marine resources.



The Ministry of the Environment is currently reviewing BNT's proposal (see West New Providence Marine Managed Area Proposal).

Public support and participation is critical for the protected marine area to become a reality. BNT is committed to ensuring the local community has direct input into decisions about management practices and zoning of the proposed marine managed area.



☰ | Navigation





# Unregulated Development at Nygard Cay

Over the last 20 years Peter Nygard has illegally expanded his property at Simms Point to nearly twice its original size (see photos below). Finally the government has required him to apply for permits for the work he's done to claim $35 million worth of crown land, the same work that has already caused environmental destruction to Clifton Bay and Jaws Beach. He's also applied to keep going, expanding his land further into the seabed, which belongs to the Bahamian people.

Plans can be viewed at the Department of Physical Planning in the Ministry of Works Building (ground floor)  Application #116140

The independent report on the impact of Nygard's development on the coastal area can be read here **Lyford Cay Beach Investigation Report** or can be viewed at  www.Best.bs

**All comments must be made by July 9th.** Please send your comments on the permit applications to:

Director of Physical Planning PO Box N-1611, Nassau Bahamas or via Fax
242-328-3206

Phone 242-322-7550/2 or 328-3202

You can also copy the Prime Minister

Sir Cecil Wallace Whitfield Centre

P O Box CB 10980

Nassau, N.P., The Bahamas

Fax (242)327-5806

**Make your voice heard. Say no to Nygard.**



*Photo date: March 5, 2013. Original 1984 boundaries shown in yellow. Click to enlarge.*

Simms Point/Nygard Cay and EP Taylor Drive form the northern boundary of Clifton Bay. Growing from 3.25 acres in 1984 to more than 6 acres in 2010, Simms Point/Nygard Cay's expansion has come at the expense of marine habitat.

## Background

The area under Simms Point/Nygard Cay's Clifton Bay dock has been completely filled with rock, effectively creating a hidden groin and cutting off the long-term supply of sand to downdrift landowners (see 2000 Dr. Stephen Leatherman's Shore Modifications). Wire structures filled with rocks, cinder blocks and debris have been dumped onto the sea grass beds of Clifton Bay south of Simms Point/Nygard Cay. These wire structures, or gabions, have been stabilized with woven polypropylene sand bags and plastic buckets filled with debris. The gabions, sand bags and plastic buckets create an artificial reef extending west from the dock (see Simms Point/Nygard Cay Expansion Photo Story).



A suction dredge on a floating platform has been used to support a pump to move sand from offshore to the beach. "No sediment curtain was used and massive destruction to the near shore seagrass occurred in a large area" (see 2005 Coastal Incident Report). The sand pumped onshore is trapped by the artificial reef and "sand bags and gabions have been used to contain the large amounts of sand moved along the shoreline," creating a beautiful beach on Simms Point/Nygard Cay. Unfortunately, Clifton Bay is left with "large holes and devastated sea beds which are littered with plastic debris, steel wires, rock debris, bottles, cinder blocks, PVC pipe fragments, etc." (see 2011 University of Miami Sea Floor Report).

The "area of sea floor directly impacted by dredging, destruction to the seagrass bed, debris and trash from land, and gabions" is estimated by the University of Miami to be 84,000 square meters. "This restructuring of the shoreline has changed the marine habitats dramatically within about 100 meters of the shore, with the most notable damage being the loss of reef areas to the west" (See 2001 University of Miami Marine Environment Report).

After years of activity which the government claimed was illegal and unpermitted – a claim denied by the property's owner – Simms Point/Nygard Cay has almost doubled in size, from 3.2 acres in 1984 to 6.1 acres in 2012. There has been little apparent oversight exercised by those commissions, governmental agencies and laws empowered to manage coastal expansion or the taking of Crown Lands, although the Attorney General – acting on behalf of the Bahamian government in 2012 – denied that the accreted land has been caused by tidal forces.

To the contrary, the Attorney General stated that "such land has been caused by the deliberate and calculated acts and works of the Plaintiff (Mr. Nygard)" and denied that Mr. Nygard "obtained all necessary approvals from the Department of Lands and Surveys." The statement went on to say that "numerous letters were written for and on behalf of the Attorney General either asserting the Crown's rights in the foreshore and seabed, alleging

various incidents of unauthorized dredging and construction works and requiring Mr. Nygard cease and desist such activities." These repeated letters and warnings culminated in the Bahamian government "issuing a request for Mr. Nygard to restore the coastline to its 1984 boundaries." Furthermore, "Despite repeated requests, the Plaintiff (Mr. Nygard) failed to comply."

After failing to comply, Mr. Nygard commenced an application for judicial review seeking "a declaration of ownership of the land which had allegedly accreted to the Nygard Property. This accreted Crown land reputedly has a value of between $25 to $30 million. Should our government give – or lease – this artificially created real estate to the landowner who caused this devastation to our common marine habitat?

This type of poorly regulated activity is a threat to Clifton Bay and, by extension, sets a precedent. If all property owners in The Bahamas were allowed by the government regulatory bodies to artificially expand and develop their beach fronts the way Simms Point/Nygard Cay's property owner has done, it would have a catastrophic effect on the reefs, marine habitat and aquatic life that make the Bahamian waters so special and unique.

Click here for links to additional reports and documentation of the activities noted above.


**UPDATE: 15 June 2013**

Following an ex parte  hearing on 13 June 2013 before Supreme Court Justice Rhonda Bain, Save The Bays is delighted to announce unregulated development at Nygard Cay and Jaws Beach has been ordered to halt immediately and permission has been given for Save The Bays to challenge government inaction in relation to these unauthorized activities.

The purpose of the proceedings is to ensure that the Government exercise its statutory powers, given for the purposes of maintaining the environment, in relation to the unlawful reclamation of Crown land by Peter Nygard and unpermitted construction activities at Jaws Beach by Keod Smith.

The relevant Government departments have also been ordered to disclose any applications by Mr Nygard and Mr Smith for permits or approvals, confirm what consents and leases have been granted (if any) any provide related correspondence. This kind of information would be available to all in any case if The Bahamas had a badly needed Freedom of Information Act.

After these crucial steps have been taken, a trial date will be set. As ever, we'll be sure to keep you updated on how these proceedings progress.

Please find a link to recent coverage of the court action in The Tribune: Court halts Peter Nygard work in Clifton Bay area

Search... 🔍



≡ | Navigation





# Oil Spills

With the presence of a major power plant in the area, oil spills and waste oil leaching have been a regular occurrence. Such spills and the hot water outlets put tremendous pressure on the surrounding reefs.





As our island becomes more populated, the need for fuel increases. As a result the number of tankers off-loading fuel at Clifton Pier dock is also

increasing. It is important to ensure that the tankers properly evacuate their lines before disconnecting to reduce fuel spillage.



Development and industry are essential for jobs and our economy, but we have to ensure that the growth is sustainable and environmentally sensible. The Bahamas currently does not have a statutory body created by legislation to ensure proper oversight and regulation of the industries that impact our environment. **Save The Bays** is advocating for the immediate passage of an Environmental Protection Act to hold polluters accountable for detrimental impacts to our shared land and marine resources.

Search...







# Conchservation

Pass Conchservation Laws to save our depleting national treasure from Extinction!



Conch densities are decreasing to levels that are unsustainable as populations are rapidly declining below the critical thresholds for reproduction. Conchs don't reproduce when their numbers fall below a certain density, so having conch in the future is based on our ability to maintain sufficient population densities in the present. But the most important factor affecting conch stocks is fishing pressure. Improved diving gear, the use of freezer storage, and habitat degradation from development all add to the dramatic decline of the fishery throughout the region, making conch sustainability one of the highest-priority marine resources management issues in The Bahamas.

Search...

6/23/2014



Navigation





# Freedom of Information Act

**Save The Bays** supports the critical passage of a Freedom of Information Act for The Bahamas. As we push for legislation to protect our common marine environment, we demand insight into the decision making process to be assured that the government is acting in the best interest of its people.

A democracy, by definition, is based in transparency. A Freedom of Information Act would be a guarantee to the Bahamian people of protection against secretive or closed-door decision making in government.

The right to information is a fundamental issue that affects us all. We deserve to know how much taxes are collected, what the government is spending our money on, and which licenses or permits are issued or denied on what basis. Never is public information something that should be given by way of privilege or ministerial discretion.

Most modern democracies have enacted their own Freedom of Information Act. Yet, despite repeated pledges from government leaders to pass such legislation, the Bahamian people remain without a fundamental law that

provides us with a statutory right to the information that affects us.

A Freedom of Information Act would dramatically change and improve the face of governance in The Bahamas. It would ensure that citizens are not kept in the dark and that helpful information is disclosed to the press and to interested parties where appropriate. Perhaps most importantly, it would give people an opportunity to do something about any abuse they have been subjected to or breaches of their rights.

Apart from outlining the right of the public to access certain information, it would help keep politicians and civil servants honest and hold them accountable to their ultimate employer – the tax paying public.

Search...    🔍



Navigation





# Fishing & Boating



*Photo Credit: The Nature Conservancy*

The waters around Clifton Bay are accessible to the majority of the Bahamian population and to the great number of visitors who spend time in The Bahamas each year. As a result, there are a great number of fishing and boat-related impacts to this area. Although spearfishing is prohibited within one mile of shore, both Hookah-assisted and free-diving are common nevertheless. Commercial fishing and harvesting are also threatening conch populations where densities are declining to unsustainable levels.

- **Foreign fish catching and live aboard diving vessels** – Both types of vessels are unregulated and to date they collect as many fish as they desire and damage coral reefs by improper anchoring and grounding incidents. The presence of wardens could discourage such activities and the implementation of a mooring system can protect the reef from anchor damage. A mooring buoy system would allow vessels to remain stationary without having to anchor and increase the risk of damaging the coral reef.

- **Grounding incidents** – The increase use of the area by foreign vessels, shipping vessels and private boaters increase the risk of grounding incidents because of their unfamiliarity of the area. Fuel tankers have run aground on the reefs in the vicinity of the Clifton power plant.

- **Increasing numbers of private diving and pleasure boats by nearby residents** – Violations of existing fisheries regulations commonly occur (especially of closed seasons, minimum size requirements and gear restrictions), and a strong educational program for the residents, as well as enforcement of existing regulations, can greatly minimize such violations.

- **Pollution** – Fishing in the area has also increased the presence of marine debris and abandoned fishing traps and pots.

- **Declining conch populations** – Conch densities are decreasing to levels that are unsustainable as populations are rapidly declining below the critical thresholds for reproduction. Conchs don't reproduce when their numbers fall below a certain density, so having conch in the future is based on our ability to maintain sufficient population densities in the present. But the most important factor affecting conch stocks is fishing



≡  Navigation





# Coral Reefs

The valuable coral reef ecosystems around New Providence Island are not protected. The proliferation of algae-covered rock where vibrant, living coral once thrived is a reality that many divers are all too familiar with.



*Photo Credit: The Nature Conservancy*

Some 3,000-year old coral reefs are as much a part of the cultural landscape of The Bahamas as they are a foundation of our biological and ecological seascape. Even before this era of rapid climate change, coral reefs experienced a variety of stresses.

The threats to coral reefs are many and include:

- Impacts from climate change such as warming seas and coral bleaching
- Sea level rise
- Ocean acidification, and
- More frequent powerful storms

Other threats include overfishing, unmonitored damaging fishing practices, water pollution, coastal development, anchor damage and groundings from leisure boat traffic, and diver and swimmer impacts.



In recent decades, there have been significant declines in the populations of the important reef building staghorn and elkhorn coral, Acroporacervicornis and Acroporapalmata. The causes of these declines include an array of impacts spanning habitat loss due to coastal development and destructive fishing to coral bleaching and disease.

Search...

# EXHIBIT 18




ADVERTISEMENT

HOME    About Bahama Islands Info    Contact Us    Advertise with us    Follow on Twitter

search...

| Home | News | Features | Arts & Ent | Viewpoints | Muddasick! | Feedback |

National   | Nassau/P.I. |   Grand Bahama   Abaco   Family Island   Police Reports   Press Releases   Sports   Info News   Archived Articles

**Important Links**

- Bahamas Web Links
- Bahamas News Sources
- About Nassau
- About Freeport
- About Abaco
- About Eleuthera

**Caribbean News**

- BBC Caribbean in pictures
- BBC Caribbean's last day on air
- BBC News on BBC Caribbean
- BBC Caribbean News in Brief
- Get on with CCJ, says outgoing President
- Japans tragedy
- All change in Europe
- Diabetes hope
- Cholera 'worse than expected'

**Science & Tech News**

- Chewed electrical cord eyed in deaths of 17 dogs at kennel
- Prehistoric drawings in Chauvet caves in France added to UNESCO world heritage list
- Private Mars mission could return samples by 2020

**NEWS HEADLINES**

Share this page on Facebook

Home ▪ News ▪ Nassau/P.I. ▪ Save The Bays meets with Coalition to Save Clifton at Jaws Beach

# Save The Bays meets with Coalition to Save Clifton at Jaws Beach

Wednesday, 13 November 2013 17:28

NASSAU, Bahamas -- Two groups of concerned citizens, each working toward an end to unregulated development and protection of The Bahamas marine environment, drew one step closer today when they met at Jaws Beach.

Rev. CB Moss and the Coalition to Save Clifton met with representatives of Save The Bays, the fast-growing environmental movement partnering with organisations around The Bahamas to protect the archipelago's wetlands, waters and bays.

"We stand here today at what we believe signals the advent of a new chapter in conservation history," said Rev. CB Moss, "a chapter in which Bahamians from all walks of life are standing together to save our Bahamaland."

Save The Bays Director and Bahamas Waterkeeper Joseph Darville agreed. "We know that there was confusion at the initial introduction of our organization because the names were so similar, both coalitions with one called Protect Clifton Bay and the other Save Clifton. But the reality is that the history between us, or many of us, goes back 14 years when we first reached out to protect Clifton and its history for future generations of Bahamians and historians to study and treasure."

Environmentalist Sam Duncombe was part of the campaign 14 years ago and she was at the site today when the historic handshake took place.

"All we have to do is look around us and see this 208-acre park that is now in the public trust," said Duncombe, "Thousands of Bahamians came together to save their land and where we stand today is a living example of what you can achieve when people come together for a common cause."









Like it? Share it! Click an icon below to share this page with your friends

   





"The Coalition to Save Clifton issued an appeal for financial support and Save The Bays answered that appeal," said Rev. Moss. "We are delighted that they did so and appeal to others to follow their lead. We hope that in the not too distant future our two organisations who are pursuing the same goal along parallel lines will work together. In the meantime, the Coalition will take under consideration a more formal arrangement, but for the time being we are pleased just to know that Save The Bays which has provided support for others finds the Coalition to Save Clifton worthy of its support."

Founded in March of this year, Save The Bays has swept the islands, teaming up with the Bahamas National Trust in its Conchservation campaign, lending support and a voice to the Bimini Blue Coalition, partnering with Earthcare. Comprised of Bahamian and international members united in their commitment to preserve and protect the Bahamian environment through proactive policy change, education, legal action and advocacy, the non-profit, non-governmental organization has garnered nearly 5,000 signatures on its petition, hosted on Change.org, asking the Prime Minister to take on a variety of issues affecting the environment, including the passage of an Environmental Protection Act and a Freedom of Information Act, the prevention of unregulated development, establishing a Clifton Marine Park and a West New Providence Marine Managed Area, protection of the conch populations and the prevention of oil spills.

Photo 1: UNITED TO SAVE THE ENVIRONMENT – Members of the Coalition to Save Clifton and Save The Bays met at Jaws Beach today, ushering in a new chapter of united efforts to preserve and protect the marine environment. Pictured l-r, Coalition members Celi Moss, founder Rev. C.B. Moss, Save The Bays Director Joseph Darville, Save The Bays partner organization Re-earth founder Sam Duncombe and Coalition member Paul Moss.  (Photo by BVS)

Photo 2: Thumbs up – for voices united in the campaign to save the wetlands, bays and waters of The Bahamas. Pictured today at Jaws Beach, Rev. CB Moss, founder Coalition to Save Clifton, left, and Director of Save The Bays Joseph Darville signaling the start of a new chapter in the history of the environmental movement.  (Photo by BVS)

---

Related news items:

- Grand Bahama's United Predators team perform like World Cup players in Florida
- Abaco expected to benefit from first-class port facility
- GB aragonite mine project branded a 'job killer'
- New Providence Chapter of FIDA to be re-launched
- Game of Thrones fans compete in short film competition presented by Cable Bahamas & HBO

Newer news items:

- Ready, set, strut your mutt!
- RBC sponsors Red Ribbon Ball
- The Coca-Cola Company and Caribbean Bottling donate $25,000 to the Sandals Foundation
- Filipino Association of the Bahamas raising funds to assist typhoon victims
- Lyford Cay International School Open House - 'Inspiring Excellence. We help students find their superpowers'

Older news items:

- MCR hosts farewell luncheon for Chinese Ambassador
- Crisis Centre launches 'Say No To Violence' campaign
- BTVI student highlighted by Urban Renewal
- Finance Ministry to hold first public forum on VAT
- CFAL launches 2013-2014 Junior Investor education program

<< Previous page     Next page >>

Muddasick!

- Muddasick! Grand Bahama, where is the pride?
- Muddasick! Guards protecting parking slots in Port Lucaya
- An untapped resource
- Warning - Know who, what and how much when you give this Holiday!
- Come pick up da garbage please
- VELL MUDDOES Chrissy Love axed
- Snail Mail ain't NO LIE!
- What happened to my Java?

followers

Tropical Update

NHC Atlantic

 

- Atlantic Tropical

# EXHIBIT 19

## Louis Bacon Biography August 2014

Louis Bacon is a conservation philanthropist who has spent more than two decades leading efforts to protect natural resources in the United States and abroad.

Mr. Bacon is the Chairman of The Moore Charitable Foundation, Inc. ("MCF"), which he founded in 1992. MCF supports conservation nonprofits and community programs that focus on protecting threatened landscapes, habitats and water bodies across the world. The foundation works with conservation experts and leaders and has provided significant funding to more than 200 local, national and international environmental organizations.

In 1999, Mr. Bacon was instrumental in founding the Waterkeeper Alliance, the umbrella organization for hundreds of local environmental groups across the world advocating for the defense of clean water, energy, and farms.

Mr. Bacon has protected 210,000 acres of land from development in perpetuity across the country. From Mr. Bacon's first donation of a conservation easement on Robins Island in the Great Peconic Bay in 1997, which protects the island as a haven for endangered shorebirds, to his agreement in 2012 with the U.S. Fish and Wildlife Service (FWS) to place approximately 167,000 acres of the Trinchera Blanca Ranch in Colorado under perpetual conservation easements, to his work to protect the Everglades, Mr. Bacon's conservation philanthropy has spanned the width of the country and served to defend vital parts of environment.

Mr. Bacon's conservation easement donation off the Trinchera Blanca Ranch in Colorado's Sangre de Cristo Mountains marks the largest such donation received by the U.S. Fish and Wildlife Service and was also the first step in the establishment of the Sangre de Cristo Conservation Area as the nation's 558th unit of the National Wildlife Refuge System. Combined with additional donations from Mr. Bacon of conservation easements on Tercio and Red River Ranches, it helps forms a landscape-scale conservation effort of 800,000 acres of protected lands stretching from Great Sand Dunes National Park, Colorado to northern New Mexico.

Mr. Bacon is the lead investor in The Forestland Group, LLC, (TFG), a timberland investment management organization that acquires naturally regenerating hardwood and pine forests and manages them on a sustainable basis.  In 1999, TFG helped finance one of the largest conservation transactions ever when it acquired approximately 110,000 acres in the Adirondack State Park forestlands.

Mr. Bacon has received several honors for his commitment to conservation. In 1998, The Nature Conservancy Long Island named him a "Conservationist for Life" and Group for the East End honored The Moore Charitable Foundation with their "Outstanding

Commitment to Open Space Protection" award. Mr. Bacon was the 2001 recipient of Riverkeeper's Environmental Leadership Award and the 2010 recipient of Colorado Association of Conservation Districts' Ranch Conservationist of the Year award. In 2013, Mr. Bacon received the prestigious Audubon Medal, The Peconic Land Trusts' Annual Conservation Legacy Award and the Chairman's Leadership Award from the National Fish and Wildlife Foundation. In April 2014, the land trust community of North Carolina named him the Stanback Volunteer Conservationist of the Year.

Mr. Bacon is also the founder, Chairman, Chief Executive Officer and principal investment manager of Moore Capital Management, LP ("Moore Capital"). Moore Capital, founded in March 1989, is a private investment management firm that invests in the global financial markets and private equity markets headquartered in New York, with additional offices in London and Hong Kong. A native of North Carolina, Mr. Bacon earned an M.B.A. in finance from Columbia Business School and holds a Bachelor of Arts degree in American Literature from Middlebury College.

Mr. Bacon serves on the Board of Trustees of Middlebury College and the Board of Overseers at Columbia Business School. Mr. Bacon is also a member of the Investor Advisory Committee on Financial Markets of the Federal Reserve Bank of New York, a member of the Board of Directors of the Foreign Policy Association and serves on the Leadership Council of the Center for Public Leadership at Harvard Kennedy School.

# EXHIBIT 20

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

- See a sample reprint in PDF format.
- Order a reprint of this article now

NEW YORK

# Helping Protect the Hudson River

By MELANIE GRAYCE WEST

Updated April 22, 2011 12:01 a.m. ET

Louis Moore Bacon inherited his interest in preservation of the land and water from his grandfather. Mr. Bacon says he was taught that "stewardship of the environment and preservation of those things that are important to the people who live there, is actually good business."

For more than 15 years, he has supported the New York-based environmental organization Riverkeeper, an advocacy group that protects the Hudson River and the drinking water supply of the region.



Louis Moore Bacon Noli Novak

Riverkeeper works by enforcing current environmental laws as they are written and covers the whole of the Hudson River region, from the Adirondacks to the southern tip of Manhattan.

Mr. Bacon, 54 years old and of Southampton, N.Y., is the founder and chief executive of New York City-based hedge fund Moore Capital Management. Through his Moore Charitable Foundation, Mr. Bacon has given more than $1 million to Riverkeeper, including a $100,000 gift this month.

The most recent gift is to support Riverkeeper's work to prevent the relicensing of the Indian Point nuclear power plant in Buchanan, N.Y.

Riverkeeper advocates that Indian Point, about 25 miles north of New York City, should be shut down. The organization cites ongoing safety problems, the amount of radioactive waste stored at the facility, threats of a terror attack and troublesome evacuation plans as reasons for its closure.

"It's amazing that New Yorkers aren't up in arms about it," says Mr. Bacon.

Riverkeeper, founded in 1966 and by local fishermen, began to tackle the heavy pollution of the Hudson River by targeting the corporations responsible for the pollution.

It's that "David versus Goliath" spirit, says Mr. Bacon, that initially inspired him to support Riverkeeper. He helped the organization expand its mission to include protecting the reservoirs that supply drinking water to New York City and the Hudson Valley.

Separately, Mr. Bacon's foundation supports about 100 environmental organizations focusing on

land- and water-conservation issues. A hunter and fisherman, Mr. Bacon grew up swimming and fishing in North Carolina's Neuse River, which he now says has "basically become a toxic dumping ground."

"That really struck me," says Mr. Bacon. "It hit home about what the rest of the country needs in terms of citizen vigilantism when it comes to enforcement of environmental laws."

So, his foundation has also significantly funded the Waterkeeper Alliance, an international nonprofit that uses grassroots efforts to protect major watersheds.

"A lot of these watersheds have become a little bit like the Wild West in terms of the polluters using the waters freely for their own benefit," says Mr. Bacon, adding that, in many cases, there is "no one there to enforce the laws even though the laws are on the books."

Write to Melanie Grayce West at melanie.west@wsj.com

---

Copyright 2013 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com