# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

September 10, 2014

BY E-FILING

The Honorable Denise L. Cote
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *In re Application of The Coalition To Protect Clifton Bay and Louis Bacon for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings*, No. 14 MC 258 (S.D.N.Y.)

Dear Judge Cote:

We represent Nygård International Partnership ("Nygård International") and Nygård Inc. ("Nygård Inc.," and together with Nygård International, the "Nygård Companies"), in connection with their opposition to the above-referenced application. We write pursuant to Rule 4(A) of Your Honor's Individual Practices in Civil Cases to request permission to submit a letter under seal in the above-referenced application.

We are submitting a letter to Your Honor by hand today that responds to petitioners' September 5, 2014 letter to District Judges Ronnie Abrams and J. Paul Oetken, which was submitted under seal. The Nygård Companies are submitting their letter to Your Honor under seal out of an abundance of caution because the letter to which it responds was filed under seal, and will follow the Court's direction as to whether this letter should remain filed under seal.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

The Honorable Denise L. Cote
September 10, 2014
Page 2

    Thank you for consideration of these matters.

                                             Respectfully,

                                             Marc E. Kasowitz

cc:    Counsel for Petitioners (by e-mail)
        Counsel for Stephen J. Feralio (by e-mail)