Marc E. Kasowitz (mkasowitz@kasowitz.com)
Aaron H. Marks (amarks@kasowitz.com)
Kenneth R. David (kdavid@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

*Attorneys for Nygård International Partnership,
  Nygård Inc., and Peter Nygård*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of THE COALITION TO PROTECT CLIFTON BAY and LOUIS BACON for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | Case No. 14 MC 258<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the declaration of Aaron H. Marks, dated September 18, 2014, and accompanying exhibits, the declaration of Daane Clifford, dated September 18, 2014, and accompanying exhibits, and the declaration of Thomas A. E. Evans, Q.C., dated September 18, 2014, and accompanying exhibits, and all other papers and proceedings in this matter, Nygård International Partnership, Nygård Inc., and Peter Nygård (the "Nygard Parties") will move this Court, before the Honorable Denise Cote, at a date and time to be determined by the Court, for an order granting the Nygård Parties' motion to intervene, denying the application and petition for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings, and quashing the subpoena filed by Louis Bacon and The Coalition To Protect Clifton Bay.

Dated: September 18, 2014
New York, New York

                        Respectfully submitted,

                        KASOWITZ, BENSON, TORRES
                         & FRIEDMAN LLP

                        By: /s/ Aaron H. Marks
                            Marc E. Kasowitz (mkasowitz@kasowitz.com)
                            Aaron H. Marks (amarks@kasowitz.com)
                            Kenneth R. David (kdavid@kasowitz.com)

                        1633 Broadway
                        New York, NY  10019
                        (212) 506-1700

                        *Attorneys for Nygård International, Nygård Inc.,*
                        *and Peter Nygård*