# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Avi Weitzman
Direct: +1 212.351.2465
Fax: +1 212.351.5265
AWeitzman@gibsondunn.com

September 19, 2014

VIA ECF

The Honorable Denise L. Cote
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1610
New York, N.Y. 10007

**MEMO ENDORSED**

9/22/2014

Re: In re Application Pursuant to 28 U.S.C. § 1782, No. 14-Misc-258

Dear Judge Cote:

We represent Petitioners. We respectfully submit this letter jointly with counsel for the Nygård Companies, Peter Nygård, and Stephen Feralio (the "Parties") to provide a status update regarding negotiations related to a protective order in connection with Petitioners' Section 1782 Application.

Counsel for the Parties have met and conferred to address issues related to the protective order, and have exchanged drafts and redlines of the protective order. While counsel have reached agreement as to a number of issues in dispute, there are still areas of disagreement. Counsel plan to meet and confer this weekend in an effort to resolve open issues. With the Court's permission, counsel respectfully request to provide final submissions regarding the protective order to the Court by close of business on Monday, September 22, 2014.

We thank the Court for its kind consideration.

Granted.

Respectfully submitted,

/s/ Avi Weitzman

Avi Weitzman

Sept. 22, 2014

AW/cjc

cc: Counsel for the Nygård Companies, Peter Nygård, and Stephen Feralio (via email)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • Sao Paulo • Singapore • Washington, D.C.