# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Avi Weitzman
Direct: +1 212.351.2465
Fax: +1 212.351.5265
AWeitzman@gibsondunn.com

**MEMO ENDORSED**



September 22, 2014

VIA ECF

The Honorable Denise L. Cote
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1610
New York, N.Y. 10007

Re:   In re Application Pursuant to 28 U.S.C. § 1782, No. 14-Misc-258

Dear Judge Cote:

On behalf of Petitioners, we respectfully request a brief, one-day extension of time to file Petitioners' opposition brief in the above-referenced action. Petitioners' opposition brief is currently due tomorrow, September 23, 2014. Given some of the factual and legal claims made by the Nygård Parties in their September 18 filing, we are in the process of obtaining declarations from individuals in the Bahamas. We would appreciate the Court's consideration in permitting us an extra day to file our opposition papers given that one of the foreign witnesses has other engagements and commitments that limits the witness's availability.

We have conferred with counsel for the Nygård Parties, Aaron Marks, and he consents to Petitioners' request. On behalf of the Nygård Parties, Mr. Marks has requested an additional business day, until Monday September 29, to file the Nygård Parties' reply brief, which he requests in light of the Petitioners' request for an additional business day. Petitioners consent to this requested extension.

We thank the Court for its kind consideration.

Sincerely,

Avi Weitzman /sH

Avi Weitzman

AW/cjc

cc:   Aaron H. Marks (by e-mail)

Granted.

/s/ Denise Cote
9/23/14