# EXHIBIT D

**This exhibit is an .WMV file**