# EXHIBIT F

## IN THE MAGISTRATE'S COURT

| COMPLAINANT | DEFENDANT | WITNESS | NATURE OF OFFENCE |
|---|---|---|---|
| COMMISSIONER OF POLICE | Keod Smith D.O.B.15/10/64<br>Address: Perpall Track | Fredrick Smith<br>Insp. E. Strachan<br>D.C 2818 Orgall<br>Keith Wisdom<br>Kellie Mckenzie<br>Mario Joffer<br>Sterling Knowles | **ASSAULT:** CONTRARY TO SECTION 133 OF CHAPTER 84 OF THE PENAL CODE.<br><br>**PARTICULARS ARE:**<br>That you on Thursday 25th April 2013 sometime around 1:15 pm while at Clifton Heritage Site Western Road New Providence did unlawfully assault Fredrick Smith.<br><br>**THREATS OF HARM:** CONTRARY TO SECTION 203 OF CHAPTER 84 OF THE PENAL CODE.<br><br>**FURTHER:**<br>That you on the same date time and place did threaten Fredrick Smith with harm with intent to put him in fear of unlawful harm.<br><br>**DAMAGE:** CONTRARY TO SECTION 338 OF CHAPTER 84 OF THE PENAL CODE<br><br>**FURTHER:**<br>That you on the same date time and place did intentionally and unlawfully caused damage to a 2012 Nissan Versa license plate # SD 736 valued at $881.00 the property of Hertz Rental Company. |
| CASE # 1-13-035781 | | | |

*Insp. E. Strachan*
CABLE BEACH POLICE STATION
(FOR) COMMISSIONER OF POLICE