# EXHIBIT D



─── August 13 ───

**[redacted]**  8/13, 5:04pm
Yo - pistol just called me, can you and I talk about this

─── August 14 ───

**Steven Feralio**  8/14, 1:30pm
Hey [redacted] I have a pretty full plate today, don't have time for a call. Does tomorrow work for you?

**[redacted]**  8/14, 2:06pm
yes - i'm available you know my cell and if i don't get it then i'll call back or just hit me back, you have a time in mind

**Steven Feralio**  8/14, 3:14pm
Dude, this is way too hot. I don't want to drag you into something legal, if there's somebody else who wants to contact me in your family or on your dad's side, you can have them contact me.

**[redacted]**  8/14, 5:25pm
Ur not dragging me into anything  I just want to understand where you are at and communicate with them. I don't know who else would be the right person to talk to.   I just don't know if anyone can sit there and listen without being biased you know?  But trust me I want to stay away as well.  But this is important to u and pistol and even me in some ways I guess  would it be ok to talk to me or do u insist I arrange something with someone from his side.  I could always do that afterwards as well

─── August 15 ───

**[redacted]**  8/15, 9:30am
Hey man I will set up for you to talk to someone else as you asked

─── August 15 ───

**Steven Feralio**  8/15, 1:58pm
Thanks

✓ Seen Aug 15