# HERRICK

NEW YORK
NEWARK
PRINCETON
WASHINGTON, D.C.
ISTANBUL

STEVEN D. FELDMAN
PARTNER
Direct Tel:   212.592.1420
Direct Fax:  212.545.2311
Email:   sfeldman@herrick.com

September 25, 2014

**Via ECF**

Honorable Denise L. Cote
United States District Court for the
Southern District of New York United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *In re Application of The Coalition To Protect Clifton Bay and Louis Bacon for an Order Pursuant to 28 U.S. C. § 1782 to Conduct Discovery for Use in Foreign Proceedings,* 14 Misc. 258 (DLC)

Dear Judge Cote:

    We are the attorneys for Respondent Stephen J. Feralio. Pursuant to the Court's direction at the September 11, 2014 court conference, we write to update the Court regarding our efforts to review and produce materials to Nygard International Partnership and Nygard Inc. responsive to the subpoena issued by Petitioners, The Coalition To Protect Clifton Bay and Louis Bacon.

    Since September 18, 2014, Mr. Feralio devoted approximately 38 hours to reviewing and cataloguing responsive materials. Over the course of the prior week, Mr. Feralio reviewed approximately 780 video and other electronic files and designated approximately 618 files as responsive.

    On Monday, September 29, 2014,[1] we will be sending to counsel for Nygard International Partnership and Nygard Inc. a hard drive containing approximately 152 GB of responsive materials in 618 separate files, Bates stamped SF00000144-SF00000761. Given the large number of potentially responsive files awaiting review, we estimate that Mr. Feralio's review will continue for months before the process is completed. We cannot provide a more exact prediction at this time, although we will endeavor to do so as we move forward.

---

[1] Because of the Jewish New Year, counsel for the Nygard Parties extended us the courtesy of permitting us to make the production on Monday, September 29, 2014, when we are back in the office following the holiday.

HERRICK, FEINSTEIN LLP • 2 PARK AVENUE, NEW YORK, NY 10016 • TEL 212.592.1400 • FAX 212.592.1500
A New York limited liability partnership including New York professional corporations

HERRICK

Honorable Denise L. Cote
September 25, 2014
Page 2

  We are available to answer any questions the Court may have regarding our efforts. Per the Court's instructions, we will further update the Court next week on our progress.

                Respectfully submitted,

                s/ Steven D. Feldman

                Steven D. Feldman

cc: Counsel for Petitioners (by ECF)
   Counsel for Nygard International Partnership (by ECF)