KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

September 29, 2014

BY E-FILING

The Honorable Denise L. Cote
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007-1312

Re:   *In re Application of The Coalition To Protect Clifton Bay*, No. 14 MC 258 (S.D.N.Y.)

Dear Judge Cote:

In conjunction with this letter, we are filing a corrected copy of the Declaration of Daane Clifford (the "Clifford Declaration") in Support of the Nygård Parties' Motion to Intervene, Opposition to Petitioners' 28 U.S.C. § 1782 Application and to Quash Subpoena, which was dated, and originally filed on, September 18, 2014 (Docket No. 48).  The originally filed Clifford Declaration erroneously referred to the Nygård Parties' filings in their California Action filed earlier that same day instead of their filings in this action.  Thus, the corrected Clifford Declaration corrects those references in paragraphs 1, 6 and 8.  No other corrections or substantive changes were made.

Thank you for consideration of these matters.

Respectfully,

Marc E. Kasowitz

cc:   Counsel for Petitioners (by e-mail)
      Counsel for Stephen J. Feralio (by e-mail)