# EXHIBIT A

# NICKI KELLY

## *Between The Lines*

## PM's rush for second referendum could shorten his second term

**T**HE Constitutional Commission has read the handwriting on the wall and wisely decided not to rush its recommendations and the constitutional referendum.

"One of the messages that came through very loudly and clearly from the recent referendum is that people want to *have time* to digest complex subjects," Commission chairman *Sean McWeeney* told the media.

The Commission's decision is hardly likely to please Prime Minister *Perry Christie*, who gave that body seven months and a March 31 deadline to produce its constitutional report.

Characterised by many as "indecisive", and a procrastinator", Mr Christie is *racing against the clock* to prove he can get things done before his time runs out in 2017. "I'm going to make decisions for this country moving forward, and *I'm not going to stop*," he declared back in November.

We saw how well that worked out two weeks ago with the *shambolic gambling referendum*.

Nevertheless, Mr Christie now proposes to effect changes to the Constitution through a *second referendum* scheduled for June, just ahead of the 40th independence anniversary celebrations on July 10.

The last attempt at amending the Constitution was undertaken *11 years ago* by former Prime Minister *Hubert Ingraham*, and it cost the FNM the government.

Since then FNM propagandists have claimed that voters rejected the changes put forward because the PLP *politicised the issue*.

The truth is that the referendum failed because Mr Ingraham sought to push the amending legislation through the House in *just over a month* without allowing parliamentarians time to study the amending Bills.

It was only after *closer inspection* revealed the flaws in the law that the PLP refused to support the referendum.

You would have thought that Mr Christie *would have learned* from Mr Ingraham's experience. Obviously not, judging from his handling of the gambling referendum, which provoked the *same voter response* as the 2002 Constitutional referendum.

That should be a warning to the Prime Minister to *tread very carefully* this time around and not rush matters. Voters already jaundiced by the gambling referendum might just *register their protest* by staying away from the polls en masse.

If that happens, Mr Christie can be assured that his days as Prime Minister will be numbered. He is already *on thin ice* with his parliamentarians, some of whom have openly criticised his performance vis-à-vis the gambling referendum. They see his *disorganisation* and *lack of focus* as a direct threat to their political longevity and the PLP's chances of re-election.

Any muck-up of the Constitutional referendum would almost certainly force Mr Christie's resignation, notwithstanding Foreign Affairs Minister *Fred Mitchell's* hollow endorsement of his most recent performance.

"*I'm proud of him*, proud of my colleagues and proud of the Bahamian people, even when I disagree with them," he said.

Since Mr Mitchell is known to *covet the position* of Prime Minister, his public defence of Mr Christie—the only PLP MP to do so—and his effort to appear a *team player*, could be construed as an attempt to *position himself* in the front row when the change in leadership takes place, which is likely to come sooner rather than later.

## Rewriting History

**I**'M ALL for welcoming foreign investors to our shores. But it angers me when they attempt to twist fact to suit their fancy.

A recent news release published in the local press, announced award of the Audubon Medal to Hedge Fund banker and Lyford Cay resident *Louis Bacon*.

What caught my eye amidst the plaudits heaped on Mr Bacon for his conservationist efforts was the statement that: "In The Bahamas Bacon has *led a campaign* to preserve Clifton Point and create the Bahamas Clifton Heritage Park. Today, as a result of his work, Clifton Cay is a national park."

Having been *among the activists* fighting to save Clifton, and having written numerous columns on the subject, I cannot recall Mr Bacon's name ever surfacing as a leader of the Save Clifton Coalition.

Mr Bacon may have *contributed money* to the cause, but by no stretch of the imagination does that put him in a leadership position.

Not only that, his claim denigrates the work of those Bahamians like *Sam Duncombe, Vivian Whylly, CB Moss, Keod Smith* and many other Bahamians who were under continuous attack from those in the Ingraham government and the Bahamas National Trust prepared to see an important part of Bahamian history converted into a *gated community* for the rich and foreign.

Like the Constitutional referendum, Clifton became a *major political issue* in the 2002 general election, and a catalyst for defeat of the FNM.

The Save Clifton Coalition managed to persuade Opposition Leader Perry Christie to issue a *warning to the developers* that if elected, a PLP government would not honour any agreement signed by them with the government of Prime Minister Hubert Ingraham. The developers wisely took the hint and left.

Mr Christie needs to remember, while congratulating Mr Bacon on his Audubon Medal, who it was who helped *turn his party's fortunes around* and put him in the seat of power in 2002.

As for Mr Bacon, he needs to remember that the name "Clifton Cay" was what the *South Carolina developers* planned to call their gated community. The area that is now a heritage park is known simply as Clifton.

## Bad Ad

**T**HE Ministry of Tourism's "Behold" advertising campaign proved to be less than impressive in its launch on Super Bowl Sunday.

The ad was pictorially pleasing, but creatively boring. Bikini clad girl emerging from the sea has been copied ad nauseum by other island destinations, since Bond girl *Ursula Andress* did it—and far more effectively—in the 1962 film "Dr No".

That shot, filmed at Laughing Waters beach in Jamaica, remains one of the most *iconic scenes* in the James Bond series.

If the Ministry wanted an ad that would *generate sizzle*, set The Bahamas apart and give Budweiser's Clydesdale horses a run to the top of Super Bowl ads, it should have led in with pretty girl *Shakara*, followed by handsome hunk *Rick Fox*, with a surprise twist ending showing those *famous swimming pigs* in Exuma's translucent sea.

Who could miss the message? Neither man nor pig can resist the beauty of our waters.

## RBDF Guide

**Y**OUNG Bahamians contemplating their future and a career couldn't do better than to acquire a copy of the Marine Recruit's Guide. It provides an insider's view of the Royal Bahamas Defence Force and what it takes to become a marine.

Authored by Sub Lieutenant *Glen E McPhee*, it is the result of two decades of experience and knowledge of the RBDF. The book is *packed with information* and *personal reminiscences* and is geared to both the aspirant marine and the curious reader. Lt McPhee hopes it will spark the publication of additional material relevant to the Force.

---

© 2013 Nicki Kelly
P O Box N-715, Nassau
e-mail: nbkelly@thepunch.org