UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Application of the Coalition to Protect
Clifton Bay and Louis Bacon for an Order
Pursuant to 28 U.S.C. § 1782 to Conduct
Discovery for Use in Foreign Proceedings

14 Misc. 258 (DLC)

---

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

I have cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for:

Steven D. Feldman

My SDNY Bar Number is: SF4032          My State Bar Number is: 2944072

I am an attorney

FIRM INFORMATION

OLD FIRM:   FIRM NAME:    Herrick, Feinstein LLP
            FIRM ADDRESS:   2 Park Avenue New York, N.Y. 10016
            FIRM TELEPHONE NUMBER: 212-592-1420
            FIRM FAX NUMBER: 212-545-2311

NEW FIRM:   FIRM NAME:    Murphy & McGonigle, P.C.
            FIRM ADDRESS:   1185 Avenue of the Americas, 21st Floor
                            New York, N.Y. 10036
            FIRM TELEPHONE NUMBER: 212-880-3988
            FIRM FAX NUMBER: 212-880-3998

I will continue to be counsel of record on the above-entitled case at my new firm.

Dated: January 22, 2015

ATTORNEY'S SIGNATURE