```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
IN RE APPLICATION OF THE COALITION TO     :
PROTECT CLIFTON BAY AND LOUIS BACON       :     14mc258(DLC)
FOR AN ORDER PURSUANT TO 28 U.S.C.        :
§ 1782 TO CONDUCT DISCOVERY FOR USE IN    :     ORDER
FOREIGN PROCEEDINGS.                      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

Due to inactivity in this action since January 22, 2015, it is hereby

ORDERED that the above-captioned action be, and hereby is, closed.  The Clerk of Court shall close this case.

Dated:    New York, New York
          October 6, 2015

                                    _____
                                              DENISE COTE
                                       United States District Judge